Aaron Singleton, SUI JURIS
C/o VCbC
1 Halleck Street
Bronx, New York [10474]

THE UNITED STATES DISTRICT COURT for THE
SOUTHERN DISTRICT OF NEW YORK

AARON SINGLETON

Complainant

VS.

RESPONDENTS

THE PEOPLE OF THE STATE OF NEW YORK BRONX COUNTY
ASSISTANT DISTRICT ATTORNEY, MEGAN LEO, ESQ
ASSISTANT DISTRICT ATTORNEY, ALLISON KLINE, ESQ
THE SUPREME COURT OF NEW YORK BRONX COUNTY
JUSTICE SUPREME COURT, HONORABLE ETHAN GREENBERG, AJSC
NEW YORK DEFENDER SERVICE
JESSE HOBERMAN KELLY ESQ
THE CITY OF NEW YORK DEPARTMENT OF CORRECTIONS.

AFFIDAVIT OF INFORMATION
CRIMINAL COMPLAINT
UNITED STATES CONSTITUTION. AND NEW YORK VIOLATIONS
UNITED STATES CODE TITLE 18 VIOLATIONS
CRIMES, CIVIL RIGHTS, FELONIES, HIGH CRIMES and MISDEMEANORS

## AFFIDAVIT OF INFORMATION IN SUPPORT OF A CRIMINAL COMPLAINT

I Aaron Singleton the complainant Affiant in the Instant matter, am reporting by AFFIDAVIT, to this Court, United States Attorney, New York State Attorney, Insurance Commissioner believed to be the compentent authorities to which knowledge of criminal actions should be reported. This Affidavit is filed pursuant to 18 united states code Section 4 (18 usc 4), the FEDERAL RULES OF CRIMINAL PROCEDURE RULE 3. Title 18 (18 USC) Section 4 States:

Whoever having knowledge of the actual commission of a felony cognizable by a court of the united States, conceals and does not as soon as possible make known the same to some Judge or other person in Civil or military authority under the united States, shall be fined not more than $500 or imprisoned not more than three years or both

I Aaron Singleton the complainant Affiant in the instant matter, herein openly declare and depose that the above named Respondents did knowingly and willfully act and conspire to oppress, injure, and damage this complainant IN VIOlATION OF USC TITLE 18 241 conspiracy against rights IN VIOlATION OF USC TITLE 18 242 Deprivation of rights under color of law

Affiant as herein below set forth, and by evidences set forth in the Attached COMMERCIAL AFFIDAVIT All of the Affidavits, Notices, and Filings, of this Complainant Affiant have been issued as the truth, the whole truth, and nothing but the truth, to the best of my experience, knowledge and belief. The Affidavits I have issued were sworn to as TRUE, CORRECT and COMPLETE. The Respondents have admitted to and acquiesced to the crimes which the complainant Affiant complained about and sought to protect himself from further abuses. Their continuing on with the wrongful actions against this complainant, the accused Respondents are acting in Knowlegable and willful criminal assaults against the complainant, and in Knowledgable and willful VIOLATION OF Respondents Oath Of Office. In order for a crime to exist, Four elements must exist; first there must be a clearly defined crime or criminal action; second, there must be a victim; third that the victim must have been damaged or injured, and fourth, the criminal intent must be established on the part of the accused. Without proof of all four elements no action can be considered criminal. In this matter, the complainant Affiant is the victim, the commercial Affidavit sets the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof of     the Respondents (imprisonment of complainant) Legal arguments on the record at court procedings, they were notified and warned of their wrongs and was required to right them.

2

the Respondents _____ acted willfully against this complainent Affiant. The complainant Affiant exercises his unalienable Right against, THE PEOPLE OF THE STATE OF NEW YORK, a State agency, and its agents for a redress of grievances (Fraud, Deprivation of rights, Perjury of oath, False Arrest and Imprisonment, Malicious Prosecution, Criminal Contempt against Due process of Law, Plus other noted wrongs) by this verified criminal complaint.

Therefore, the Complainant Affiant Aaron Singleton, sets forth to the Candid Community the abuses of FELONY, HIGH CRIMES and MISDEMEANORS, by the Respondents.

The above named Respondents, in the instant action have Supported criminal actions by willfully and knowingly:

-DENIED A RIGHT to due process of law. Such denials include but are not limited to the right to work, the right to receive Just reward of labors, denying access to the multiple Constitutional rights and specifically acting against the Complainant Affiant under a color of Official right. It is a "taking action" denying the right to Personal Property Violative of the provisions of the State Constitutional Provisions and under the Fourth and Fifth Amendments to the constitution for the United States. The right of due Process of law requires before any sort of Judgement against an individual, that he has had opportunity to defend himself of any acusations or claim, that he has had an opportunity to state his case, he has had a proper and lawful Judgement by a Jury of his peers, or by a Knowledgeable waiver of the right to answer

3

the PEOPLE OF THE STATE OF NEW YORK officials or agents against that due process by acting in a criminal conspiracy, to defraud the Complainant Affiant of his property, (LIBERTY) giving such property to the THE CITY OF NEW YORK DEPARTMENT OF CORRECTIONS WITHOUT ANY KIND OF LAWFUL JUDGEMENT, CONTRACTS, OR PROOF OF CLAIMS. THE PEOPLE OF THE STATE OF NEW YORK IS therefore guilty of denying the COMPLAINANT AFFIANT Aaron Singleton, every constitutional protection afforded-an act of TREASON (defined below). an act of a MIXED DOMESTIC WAR.

DOMESTIC MIXED WAR- A Mixed war is one which is made on one side by public authority, and the other by mere private persons. (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because of an armed attack by Military Forces of another nation until it is a condition recognized or accepted by political authority of government which is attacked, either through an actual declaration of war or OTHER ACTS DEMONSTRATING SUCH POSITION (Savage v. Sun Life Assur co. of Canada D.C. 57 F Supp 620,621).

- WAR is the disintegration of Peace; Webster's state "a state of hostility, conflict or antagonism, a struggle between opposing forces" not necessarily open violent armed confrontations, although a continued state of disrupted Peace by any force could lead to open armed conflict.

The defendants are hereby accused of the following Crimes, against, and violations of the rights of the

4

property without due process of law, reducing the Affiant to the condition of a slave. As such, these are in Fact in violation of the State and Federal constitutions that abolished slavery.

~ TREASON. Treason is defined as the assault against the authority to whom one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the constitution, or giving aid and comfort to an enemy. Such clearly defined actions by government officers and such private officers who have privileged authority in Commerce by the Constitution. In specific connection to the above violation, Malfeasance of Office along with violating their oath of office and in the related connected activities herein as listed below is nothing short of TREASON, see DOMESTIC MIXED WAR above, and there is no other term or set of terms that accurately define such activity. THE PEOPLE OF THE STATE OF NEW YORK have willfuly violated the basic fundamental principles this country was founded on, and therefore condoned the acts of TREASON by so-called governmental officials against the undersigned, making them liable for such acts of TREASON by refusing to stop such actions against the complainant Affiant Aaron Singleton, when they had the power and authority to do so

In addition to and along with the above cited crimes, the Respondents acting in concert with such so-called government officials to complete such acts as listed as follows:

people of New york state REPUBLIC. Such rights
or obligations are secured, Preserved or defined
by the Constitution to Prevent such abuses
by both employer and of government officials (state officials
by their oath to support said Constitution
(67 CJS, officers, section 46, oaths).
-MALFEASANCE OF OFFICE. By such wrongful action,
these individuals have acted with malfeasance of office
in conspiracy with Agents of THE PEOPLE OF THE STATE OF
NEW YORK and THE CITY OF NEW YORK DEPARTMENT
OF CORRECTIONS deliberately, knowingly and willfully violating
said rights are guilty of misconduct in office, whether public
or Private.
-SLAVERY The civil relation in which one man has
absolute Power over the life, fortune, and liberty of another.
The Respondents have denied the right to "fortunes"
earned by the labors of the Affiant. The unlawful conversion
of such Property and giving it to another without
due Process of law, forcing the Affiant to work for
less than what was lawfully and contractually agreed upon,
breaching interpersonal contracts and relationships, is criminal.
The Respondents have absolutely refused to communicate
in GooD FAITH with the Affiant. They have refused to disclose
the lawful authority by which they act, the contract in
default or the damages which they claim created the so-called
liability. There is no judgment of any kind that they can
Produce showing and liability. By such actions, these have destroyed
the right to life, liberty and property by such taking of Personal

5

-FRAUD permitting shown and demonstrated acts of fraud and actively participated in a scheming conspiracy of untruths and misrepresentations to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith when such fraud was shown. (USC TITLE 18 § 1001)

-EXTORTION. By such actions of fraud, said Respondents under assumed (usurped) official right and color of office to demand, without any real lawful or proper authority, gave monies of the Complainant Affiant to the PEOPLE OF THE STATE OF NEW YORK and THE CITY OF NEW YORK DEPARTMENT OF CORRECTIONS as foreign agents (explained below) by use of such misrepresentations and untruths to steal monies under a color and cover of law to raise revenue (USC TITLE 18 § 872,873)

-GRAND THEFT. By such actions of fraud and extortion, the monies stolen, or damages sustained by such actions totalled over $400 under a guise fines, and penalities under a color of law for exercising one's inalienable/unalienable rights. (USC TITLE 18 § 641)

-ROBBERY. (Attempted robbery) Respondents, by such action of conspiracy under a color of law and offical right, used intimidation, threats, and fear by force of imprisonment to extort revenues (USC TITLE 18 § 2112).

-FALSE DOCUMENTS. Accepting false documents that are known not to be true or known to be false to falsely condemn the Complainant Affiant under a color of law without benefit of a lawful trial, to raise revenue by stealing

7

Monies of the complainant Affiant and giving it directly to a
foreign agent by such false condemnations.(USC TITLE 18 § 1001)
-CONSPIRACY. A confederation of two or more individuals
who may not know each other but,by their Joint efforts,
commit some unlawful or criminal act(Black's Law Dictionary).
Multiple officials, agents and other Persons named properly
noticed, and un-named who under a cover of official right
and appearance and color of law continued to perform
such acts to continue to raise revenue by fraud and
extortion,for any so-called governmental function.(USC TITLE 18 § 241
Federal Racketeering Act, USC TITLE 18 § 1961)
-RACETEERING. Is the combination of the above identified crimes.
TITLE 18 united states codes Section 1961 (RICO) defines
it as involving a host of Patterned criminal actions
that includes but not limited to an act or threat of
Murder, kidnapping, gambling, arson, and as in the instant case
robbery, bribery, extortion, fraud, slavery, Etc
The explanation of crimes above stem from other hidden
crimes being forced upon the people of New York State REPUBLIC.
Such crimes and this Affidavit of Information is filed in
the overall context of the Bankruptcy of the united states
(i.e. District of columbia, as per Jurisdiction set forth in the U.S.
Constitution Article 1, Section 8, clause 17 and 18 and Article 9 Section 3
clause 2). The united states bankruptcy is a direct result of the
Federal Reserve Act of December 23,1913, in which the
delegated authority of congress to be responsible for the nation's
currency was illicitly, unconstitutionally and treasonously surrendered
to the Privately owned Federal Reserve Corporation (a foreign agent),

8

whose class A stockholders are various international banks.
In place of real money as legal tender (gold and silver coin
U.S. constitution Article 1 Section 10, Coinage Act April 2,1792),
the Federal Reserve issued Private commercial Paper,
drawn on the credit of the united States, consisting of
only bookkeeping entries of no substance or reality,
on which a real compound interest was charged.
The U.S. Treasury Paid the ever-increasing interest
in gold and was eventually depleted, with a higher debt
than ever. The planned inevitability occurred: BANKRUPTCY.
This bankruptcy was clearly reiterated on March 17, 1993
on the Floor of the House of Representatives by James Traficant, Jr.
(Ohio) addressing the House. It is recorded in the united states
Congressional Record, Wednesday, March 17, 1993 Volume #33 page H1303,
Should anyone doubt the claim....
"Mister Speaker, We are here now in chapter 11. Members
of Congress are official trustees presiding over the greatest
reorganization of any bankrupt entity in world history, the U.S. Government".
The U.S. Attorney General is the "Permanent Member" to the
Secretariat of the InterPol operation, and the secretary of
Treasury the "alternate Permanent member." under Article 30
of the "constitution and General Regulation of InterPol" 22 USC 263
(a), the agents are required to renounce their allegiance to their
respective countries and expatriate. Consequently, ALL "public servants",
officials, congressmen, politicians, judges, attorneys, law enforcement personnel,
the States and their Various agencies, are express agents of the
Foreign Principals who have bankrupted and stolen the united states
through the Paper money banking swindle and other frauds and

9

treacheries. Under trappings of "democracy," the flag, "law and order," the Constitution, etc., Americans have been duped into administering and submitting to their own subjugation, bankruptcy, enslavement, and the elimination of their rights, freedom and country. The people have been reduced to peonage and involuntary servitude under a fraudulent, tyrannical and seditious foreign oligarchy whose express intent is to institute and establish a dictatorship over the people and their posterity through a private, commercial one-world-government (i.e. "THE NEW WORLD ORDER"). These Foreign Principals, through the knowing and unknowing complicity of their Agents, have completely debauched the Monetary System (National Geographic, January 1993, THE POWER OF MONEY, page 83), declaring war on and against the People of this country, destroyed the lives and livelihoods of millions of people, aided and abetted the enemies of the American People and their Posterity, incited rebellion and anarchy within the de jure society, taken false oaths, entered into seditious foreign agreements, pacts, confederations, treaties, and alliances, and under a pretense of "emergency" which they themselves created, created and formed a multitude of offices of alien allegiance (treason) to perpetuate their plunder, conquest, and subjugation of what was once considered "the last great hope of human freedom." These are truly guilty of SEDITION AND TREASON against the Constitution and declared a domestic mixed war against the people of the United States. (See attached TOP SECRET "Silent Weapons for Quiet Wars, a Manual for silent weapons system," 19.80 Article of scientific American, The World Economy of the Year 2000). THEREFORE, the respondents are guilty of the above crimes in

10

(State agencies)

acting in conspiracy with such agents of foreign powers to further destroy another individual, Aaron Singleton, the undersigned by such activity. To WIT, the above named officers/agents of THE PEOPLE OF THE STATE OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF CORRECTIONS, SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF BRONX, (Justice of the Supreme Court HONORABLE ETHAN GREENBERG, AJSC) NEW YORK DEFENDER SERVICE (JESSE HOBERMAN KELLY ESQ (THE PEOPLE OF THE STATE, ASSISTANT DISTRICT ATTORNEY MEGAN LEO, ASSISTANT DISTRICT ATTORNEY ALLISON KLINE) did WILLFULLY AND UNLAWFULLY:

COUNT 1: on or about February 20, 2019 ASSISTANT DISTRICT MEGAN LEO (Bronx county) accepted and honored false documents by the New York city Police Department (46 pricent) (USC TITLE 18 §1001) and Presented that false Information to A Bronx county Grand Jury, In Violation of her Oath of Office. The Individual Aaron Singleton was not given required notice of these Grand Jury Proceedings, which is A Violation of the Affiant Due Process. A.D.A MEGAN LEO presented false evidence of an undocumented, unproven liability, shown to be false by the complainant Affiant Aaron Singleton, to take property (Liberty) without due process of law, to give it the THE NEW YORK CITY DEPARTMENT OF CORRECTIONS. (USC TITLE 18 §241)

COUNT 2: In accepting and honoring false documentation, the People of the State of New York (A.D.A MEGAN LEO), Specifically and willingly conspired with the THE NEW YORK CITY DEPARTMENT

11

OF CORRECTIONS to steal the property of Aaron Singleton, denying Aaron Singleton the rights of due process of law for any action against him. The rights denied, violated or trespassed are enumerated below. Each action denial, violation or trespass, is a separate high crime or misdemeanor, brought together in this count as violations against the constitution. The penalty is defined under Title 18 USC Sections 3571 individually listed for subtotal tally as to the civil damages sustained by such criminal actions. RIGHTS OF THE COMPLAINT DENIED OR VIOLATED($ 10,000 each denied, violated or trespassed right listed USC Title 18)($ 20,000 for each trespass, denial or violation secured, preserved and protected by the NEW YORK STATE CONSTITUTION and the CONSTITUTION OF THE UNITED STATES):

1. N.Y.S. ART 1 SEC 1: Denied right ($ 20,000)
2. U.N.S. ART 1 SEC 9, SEC 10: BILL OF ATTAINDER (Bail laws of New state those within Article 500 = 20,000)
3. N.Y.S. ART 1 SEC 12 / U.N.S. FOURTH AMENDMENT: Unreasonable Search and seizure violations. ①October 7, 2019 ILLEGAL SEIZURE WITHOUT WARRANT-TRESPASS-(seized complainant Affiant's property (liberty) without warrant or lawful complaint of damages) ②To have each and every phone call made, recorded and provided to The District Attorney is A unreasonable search and seizure violation Denied right to be free of unreasonable search and seizures(x 2 = 40,000)
4. ①N.Y.S. ART 1 SEC 6 / U.②N.S. FIFTH AMENDMENT, ③FOURTEENTH AMENDMENT: Denied right of due process(x 3 = 60,000)
5. ①N.Y.S. ART 1 SEC 6 / U.②N.S. SIXTH AMENDMENT: Denied the right to be informed of the nature and cause of the accusations,

12

(Never provided a certified copy of the original complaint as well as a certified copy of the true bill) On ② ③ January 30, 2020 (A.D.A MEGAN LEO,"THE PEOPLE OF THE STATE OF NEW YORK," JESSE HOBERMAN KELLY ESQ, "NEW YORK DEFENDER SERVICE" H (JSC) ONORABLE ETHAN GREENBERG, "SUPREME COURT OF THE STATE OF NEW YORK. COUNTY OF BRONX.) The above mention Participated in a Scheming conspiracy, to Deliberately Willfully Violate by refusing to Provide my Grand Jury transcripts. with a "Protective order" by ETHAN GREENBERG JSC. (X 3 = 60,000)

6. N.Y.S. ART 1 SEC 6/ U.N.S. SIXTH AMENDMENT: Denied right of effective Counsel (NEW YORK DEFENDER SERVICE, Counsel "JESSE HOBERMAN KELLY ESQ"), has not Provided a form of defense, and has only Pushed a "cop out" deal, requested A mental evaluation, and attempted to Sabotage the Court Proceedings to benefit, the (A.D.A's MEGAN LEO, Allison KLINE) district attorneys Prosecuting this Matter. (X 2 = 40,000)

7. N.N.S. SIXTH AMENDENT: Denied speedy trial (The complainant has been "detained"(enslaved) for an extended amount of time under the False Pretense of awaiting trial. At the time that this argument is Presented 15 months. (20,000)

8. N.Y.S. ART 1 SEC 5/ U.N.S. EIGHTH AMENDMENT: Denied right to be free of excessive bail and cruel and unusual Punishment (The complainant has been "held hostage" for an excessive amount of Bail). ② After I was Indicted my Bail, was set at an amount (25,000), However a DELIBERATE INDIFFERENCE was wilfully done by THE HONORABLE ETHAN GREENBERG (JSC), OF THE BRONX SUPREME COURT, even after it was addressed, it Continued to happen (X2 = 40,000)

Bail changed from True Bill Amount.    13

9.[1] U.N.S. THIRTEENTH AMENDMENT: Denied right of not being subjected to a Status of PEONAGE, INVOLUNTARY SERVITUDE and SLAVERY without being duly convicted of a crime. (20,000).

10.[2] N.Y.S. ART 1 SEC 11/U.N.S. FOURTEENTH AMENDMENT: Denied and Deprived EQUAL PROTECTIONS of the Laws(x2=40,000)

Seventeen (17) united states and New York State CONSTITUTIONAL Violations, all violations are listed at ($20,000) each violation

Subtotal for damages of constitutional (violations) rights): (17X20,000=340,000#)

TITLE 18 Violations committed by the respondents individually listed for (10,000) Subtotal for Civil damages Sustained by TITLE 18 Violations:

TITLE 18 UNITED STATES CODE SECTION 1001-FALSE DOCUMENTS (10,000)

TITLE 18 UNITED STATES CODE SECTION 241-CONSPIRACY AGAINST RIGHTS (10,000)

TITLE 18 UNITED STATES CODE SECTION 242-DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (10,000)

TITLE 18 UNITED STATES CODE SECTION 1961- RACKETEERING (10,000)

TITLE 18 UNITED STATES CODE SECTION 4- TREASON (10,000)

TITLE 18 UNITED STATES CODE SECTION 1001-FRAUD (10,000)

TITLE 18 UNITED STATES CODE SECTION 872, 873, 1951, 1962-EXTORTION (10,000)

TITLE 18 UNITED STATES CODE SECTION 2112-ROBBERY (10,000)

TITLE 18 UNITED STATES CODE SECTION 641-GRAND THEFT (10,000)

NINE (9) TITLE 18 UNITED STATES CODE willfully Violated by governmental officials (State Agencies) Subtotal of damages for Title 18 USC violatons:

(9X10,000=90,000)      (340,000+90,000=#430,000)

The Respondents, in furtherance of this conspiracy, committed attempted to commit, did commit and solicit crimes as charged, including civil Rights; individually listed with Subtotal for Civil damages:

14

Crimes, Civil Rights violations

1. Deprivation of Rights ($100,000)
2. Violation of oath of office ($50,000)
3. Breach of duty (intentional) ($50,000)
4. Intentional Infliction of Emotional Distress ($50,000)
5. Tresspass ($10,000)
6. False Arrest and Imprisonment ($100,000)
7. Defamation ($50,000)
8. Malicious Prosecution ($100,000)
9. Initiating False Reports ($10,000)
10. Kidnapping in the 1st Degree ($100,000)

   Subtotal for damages = ($620,000) 10 violations

By such repeated actions by the respondents along with authorities and agencies of the state A criminal conspiracy is established of USC Title 18 violations, United States and New York State Constitutional violations, and other high crimes mentioned in this AFFIDAVIT OF INFORMATION, (CRIMINAL COMPLAINT)

ACCOUNTING OF DAMAGES SUSTAINED

| | NAME OF CRIMES | Damage Penalty |
|---|---|---|
| 17. | (CONSTITUTIONAL VIOLATIONS) United States and New York States (20,000) (EACH) | 17X20,000 = 340,000 $ |
| 9. | Title 18 united states code Violations (10,000) (EACH) | 9X10,000 = 90,000 $ |
| 10. | Crimes and Civil Rights Violations (10) | 10 = 620,000 $ |
| | SUBTOTAL | $ 1,050,000 |

itive mages | malicious prosecution, loss of liberty, aggravated injuries suffered in jail, lost of wages economic harm, damages to reputation, mental and emotional pain and suffering = ($1,000,000)

GRAND TOTAL WITH DAMAGES        $ 2,050,000

15

The undersigned Complainant Affiant, Aaron Singleton,
declares under Penalties of Perjury and bearing a false
Witness that the complaint as stated herein is true, correct and
certain, now a matter of public record, A conspiracy demonstrated
by personal experience (exhibits attached)
DATED: MAY ~~14th~~ 2020 19th

Aaron Singleton

Complainant Affiant

WITNESS my hand this ~~16~~ 19th day of MAY, 2020

/S/ Aaron Singleton


Aaron Singleton, SUI JURIS

STATE OF NEW YORK

COUNTY OF BRONX


On this 26 day of May 2020, before me,
the undersigned Notary Public in and for the State of New York
appeared Aaron Singleton Personally known to me, to be the Person
Whose name is Subscribed within this instrument and acknowledged
to me that he executed the same in his authorized capacity, and
that his signature on this instrument is true, correct and certain.
witness my hand and official seal:

JOSE LUIS PIMENTEL
STATE OF NEW YORK
NOTARY PUBLIC
01PI4937175
COMMISSION EXPIRES

Jose Pimentel
Notary Public

SEAL OF NOTARY                    SIGNATURE OF NOTARY PUBLIC

16

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK)

                  ss:

COUNTY OF BRONX )

AARON SINGLETON_____, being duly sworn, deposes and says:

That I have on this __26__ . day of ___MAY_____, 20__, placed and submitted in

the postal receptacle in the New York City Correctional Facility known as **Vernon C. Bain**

**Center,** located at **One Halleck Street, Bronx, New York 10474,** Notice of

Criminal complaint, AFFIDAVIT IN support of criminal complaint AFFIDAVIT of INFORMATION_____, to be duly mailed via

the United States Postal Service to the following parties in the above action:

Att: Court Clerk
United States District court
Southern District of New York
U.S. Court House
500 Pearl Street
New York, New York 10007
Attn:
STATE ATTORNEY GENERAL
120 Broadway, 24th Floor
New York, New York 10271

Attn: US Attorney: Geoffrey Berman
Southern District of New York
U.S. District court
One St. Andrew's Plaza
New York, New York 10007

Insurance Commissioner of the
State of New York
1 State Street
New York, New York 10004

Respectfully submitted,

*aaron singleton*

Sworn to before me this
26 day of MAY , 20 2 0

*oso L. Pimentel*
NOTARY PUBLIC

JOSE LUIS PIMENTEL
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Bronx County
01PI4837175
MY COMMISSION EXPIRES 04-30-20

VCbC
c/o 1 Halleck Street
Bronx, New York 10474
Aaron Singleton 241190047?

United States District Court Southern District of New York
U.S. Court House
500 Pearl Street
New York, New York 10007
Attn: Court Clerk

LEGAL
MAIL

LEGAL

LEGAL
MAIL

Pro Se
Intake (a)

S.D. OF N.Y.

USA
FOREVER