UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON SINGLETON,

                Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK; BRONX COUNTY ASSISTANT DISTRICT ATTORNEY MEGAN LEO, ESQ.; ASSISTANT DISTRICT ATTORNEY ALLISON KLINE, ESQ.; THE SUPREME COURT OF NEW YORK BRONX COUNTY; JUSTICE SUPREME COURT, HONORABLE ETHAN GREENBERG, AJSC; NEW YORK DEFENDER SERVICE; JESSE HOBERMAN KELLY, ESQ.; THE CITY OF NEW YORK DEPARTMENT OF CORRECTIONS,

                Defendants.

1:20-CV-4686 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued August 20, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief from defendants that are immune from such relief. 28 U.S.C. § 1915(e)(B)(i), (ii), (iii). The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 20, 2020
         New York, New York

                                                          *Louis L. Stanton*
                                                        Louis L. Stanton
                                                            U.S.D.J.